Danny G. WILLIAMS, Plaintiff— Appellant,

v.

George P. GINTOLI, Director of South Carolina Department of Mental Health (SCDMH); W. Russell Hughes, Doctor and CEO of the Behavior Disorders Treatment Program (BDTP); Brenda E. Young–Rice, Program Manager for BDTP; Elizabeth Hall, Division Director of Public Safety; Doug Cochran, JD, Director of Client Advocacy; South Carolina Department of Mental Health, Defendants—Appellees,

Leonard A. Smith, Movant.

No. 04–6497.

United States Court of Appeals, Fourth Circuit.

Submitted May 27, 2004.

Decided June 4, 2004.

Danny G. Williams, Appellant pro se. Vinton DeVane Lide, Sheally Venus Poe, Vinton D. Lide & Associates, Lexington, South Carolina, for Appellees.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

956

PER CURIAM:

Danny G. Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Gintoli*, No. CA–03–1102–9–24 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*